UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

OSWALD J. PAUL,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. ArrowFin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, OSWALD J. PAUL, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, SYNDICATED OFFICE SYSTEMS, INC., d/b/a CENTRAL FINANCIAL CONTROL, is a professional corporation and citizen of the State of Texas with its principal place of business at Suite 1400, 1445 Ross Avenue, Dallas, Texas 75202.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

**September 13, 2011 – Pre-Recorded Message**
**HUMAN:** "… may be monitored or recorded for quality assurance. May I speak, please, with Angeli Paul?"

2

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**September 16, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the start key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**September 27, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol, a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There

will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**October 5, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol, a prima numero nueve.

 If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**October 12, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol, a prima numero nueve.

 If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this

message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**October 17, 2011 – Pre-Recorded Message**
This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**November 1, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**November 14, 2011**
No discernible message.

**November 18, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**November 22, 2011 – Pre-Recorded Message**
-- not a solicitation call. Please hold, someone will be with you momentarily. [music]

**HUMAN:** õHi. Our call may be monitored or recorded for quality assurance. Paul, Angeli, please?ö

**November 23, 2011**
No discernible message.

**November 30, 2011 – Pre-Recorded Message**
This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect

a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**December 14, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**December 16, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the start key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**December 20, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**December 22, 2011 – Pre-Recorded Message**
-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.
**December 28, 2011 – Pre-Recorded Message**

-- for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**December 30, 2011 – Pre-Recorded Message**
-- not a solicitation call. Please hold, someone will be with you shortly. [music]

**HUMAN:** õHello? Hello?ö

**January 4, 2012 – Pre-Recorded Message**
-- not a solicitation call. Please hold. Someone will be with you momentarily.

**HUMAN:** õHi, this is Sherri with Central Financial Control. Our calls may be monitored or recorded for quality assurance. May I speak, please, with Angeli Paul? May I speak with Angeli Paul?ö

**January 5, 2012 – Pre-Recorded Message**
[music]

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial

9

Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact use about a business matter at 800-300-7192. Thank you.

**January 11, 2012 – Pre-Recorded Message**
This is a call for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available, please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**January 25, 2012 – Pre-Recorded Message**
[music]

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

**February 8, 2012 – Pre-Recorded Message**
Call for Angeli Paul regarding a business matter. Para continuar en espanol a prima numero nueve.

If you are Angeli Paul, please press 1. Once again, this is a message for Angeli Paul. If you are Angeli Paul, please press 1. If Angeli is not available please press 2. To speak with a customer service representative, press the star key.

This is a message for Angeli Paul. If you are not Angeli Paul, please hang up or disconnect. If you are Angeli Paul, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Angeli Paul. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. This is a message from Central Financial Control. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about a business matter at 800-300-7192. Thank you.

11. Defendant, or another party acting on its behalf, left similar or identical messages on other occasions using an automated telephone dialing system or pre-recorded or artificial voice on Plaintiff's cellular telephone. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose its name and the purpose of Defendant's messages.

14. Defendant, or others acting on its behalf, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227 (b)(1)(A).

16. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs*., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

19. Plaintiff incorporates Paragraphs 1 through 16.

20. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity and failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc*., 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs*., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

21. Plaintiff incorporates Paragraphs 1 through 16.

22. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    don@donyarbrough.com

    By: s/ Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658